FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES ANTHONY GUERIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY DETENTION SERVICES and SPOKANE COUNTY JAIL,<br><br>    Defendants. | 2:18-cv-00268-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*, DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING FILE** |

    By Order filed October 23, 2018, the Court instructed Mr. Guerin to provide a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding July 26, 2018, ECF No. 5. The Court advised Plaintiff that if he had not been incarcerated for the six months prior to July 26, 2018, then he must so advise the Court and provide an account statement for the time he has been incarcerated. The Court warned that failure to provide this information would result in this file being closed.

    On November 7, 2018, Mr. Guerin supplied a single page document titled, "Accounting Transactions By Date" with dates ranging only from September 24, 2018, to October 29, 2018. ECF No. 6. This document does not comply with the Court's directive. Therefore, having failed to comply with the filing fee

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*, DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING FILE -- 1**

requirements mandated by 28 U.S.C. § 1915(a)(2), **IT IS ORDERED** the application to proceed *in forma pauperis* is **DENIED.**

Because Plaintiff did not pay the full $400.00 filing fee to commence this action, **IT IS ORDERED** the complaint is **DISMISSED without prejudice.** The Clerk's Office shall **CLOSE** this file and no further action will be taken.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, and provide copies to Plaintiff. The Court certifies any appeal of this Order would not be taken in good faith.

**DATED** this 29th day of November 2018.



Stanley A. Bastian
United States District Judge

**ORDER DENYING LEAVE TO PROCEED** *IN FORMA PAUPERIS,* **DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING FILE --** 2